**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL CARTER,<br><br>           Plaintiff,<br><br>     v.<br><br>CLIFF ALLENBY, et al.,<br><br>           Defendants. | Case No. 1:14-cv-1976-MJS (PC)<br><br>**ORDER RELATING CASES** |

   Plaintiff has filed a civil rights complaint pursuant to 42 U.S.C. section 1983 challenging Defendants' assessment, classification and detention of Plaintiff under California's Sexually Violent Predator Act and failure to provide him outpatient treatment in violation of the Fourteenth Amendment of the U.S. Constitution.

   A number of virtually identical actions have been filed in or transferred to this Court. The Court's review of these cases reveals that the instant action is related under Local Rule 123 to the action entitled Klein v. King, 1:14-cv-01440-MJS. The actions are based on the same underlying facts and involve overlapping questions of law and fact.

   Accordingly, IT IS HEREBY ORDERED that the Office of the Clerk shall relate

1

this case with case 1:14-cv-01440-MJS.

IT IS SO ORDERED.

Dated:     December 15, 2014                    /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE